**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

In Re: NEIL GILLESPIE

                                                                Bankruptcy Case No. 3:19-bk-808-3F3

    Debtor.

NEIL GILLESPIE,

    Appellant,

vs.                                                                       Case No. 5:19-cv-585-Oc-34

REVERSE MORTGAGE SOLUTIONS, INC.,

    Appellee.
_____/

## O R D E R

**THIS CAUSE** is before the Court on three motions filed by Appellant Neil Gillespie on December 20, 2019: Appellant's Motion to File Electronically (Doc. 7); Appellant's Motion for Advice of Counsel (Doc. 8); and Appellant's Motion for Extension of Time to File an Initial Brief (Doc. 9). In each of these three motions, Appellant fails to include a certification under Local Rule 3.01(g), United States District Court, Middle District of Florida (Local Rule(s)) confirming that Appellant conferred with counsel for Appellee Reverse Mortgage Solutions, Inc. in a good faith effort to resolve the issues raised by the motions and advising the Court whether counsel for Appellees agreed to the relief requested. See Docs. 7, 8, and 9. This Court previously cautioned Appellant that he must ensure his

motions comply with the Local Rules. See Order (Doc. 6) at nn. 1, 3.[1] Therefore, as Appellant's motions fail to comply with the Local Rules, it is hereby

**ORDERED**:

Appellant's Motion to File Electronically (Doc. 7), Motion for Advice of Counsel (Doc. 8), and Motion for Extension of Time to File an Initial Brief (Doc. 9) are **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Jacksonville, Florida on December 23, 2019.

MARCIA MORALES HOWARD
United States District Judge

lc27
Copies to:

Counsel of Record
Pro Se Parties

---

[1] Again, the Court notes that the Local Rules are available for review at www.flmd.uscourts.gov, and a copy may also be obtained by written request to the Clerk's Office.